1 THOMAS E. FRANKOVICH (State Bar No. 074414)
  KRISTINA M. WERTZ (State Bar No. 235441)
2 THOMAS E. FRANKOVICH,
  *A Professional Law Corporation*
3 2806 Van Ness Avenue
  San Francisco, CA 94109
4 Telephone:   415/674-8600
  Facsimile:   415/674-9900
5
  Attorneys for Plaintiffs
6 NICOLE MOSS
  and DISABILITY RIGHTS
7 ENFORCEMENT, EDUCATION,
  SERVICES: HELPING YOU
8 HELP OTHERS

9

10

11                UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13 NICOLE MOSS, an individual; and              ) **CASE NO. C04-4970 MMC**
   DISABILITY RIGHTS ENFORCEMENT, )
14 EDUCATION, SERVICES: HELPING      )
   YOU HELP OTHERS, a California public )      **STIPULATION AND [PROPOSED]**
15 benefit corporation,                         ) **ORDER CONTINUING DISMISSAL OF**
                                                ) **CIVIL ACTION**
16         Plaintiffs,                          )
                                                )
17 v.                                           )
                                                )
18 IZZY'S STEAK & CHOP HOUSE, INC., a)
   California corporation; and LOUIS            )
19 KALISKI, INC., a California corporation,     )
                                                )
20         Defendants.                          )
   _____)
21

22         WHEREAS the parties have reached a settlement and notified the Court of such

23 settlement;

24         WHEREAS the deadline to file dismissal documents is May 2, 2005;

25         WHEREAS the parties continue to work out a final Mutual Settlement Agreement and

26 Release; and,

27         WHEREAS plaintiff NICOLE MOSS is currently hospitalized and unable to sign a final

28 Mutual Settlement Agreement and Release,

1    Therefore, the parties stipulate, and respectfully request, that the dismissal be continued
2 to, and including, June 6, 2005, in order give the parties a reasonable time consummate the
3 settlement agreement.
4    This Stipulation may be executed in faxed counterparts, all of which together shall
5 constitute one original document.

6
7
8
DATED: May 3, 2005        THOMAS E. FRANKOVICH
9                          *A PROFESSIONAL LAW CORPORATION*

10
                          By: _____/s/_____
11                              KRISTINA M. WERTZ
                          Attorneys for Plaintiffs NICOLE MOSS, an individual;
12                        and DISABILITY RIGHTS ENFORCEMENT,
                          EDUCATION SERVICES: HELPING YOU HELP
13                        OTHERS, a California public benefit corporation

14
DATED: May 3, 2005        SLIJEPCEVICH & ASSOCIATES
15

16
                          By:_____/s/_____
17                              DANIEL SLIJEPCEVICH
                          Attorneys for Defendant IZZY'S STEAK & CHOP
18                        HOUSE, INC., a California corporation; and LOUIS
                          KALISKI, INC., a California corporation
19

20                            **ORDER**

21    IT IS SO ORDERED THAT:

22    The dismissal date is continued to, and including, June 6, 2005, in order give the parties a
23 reasonable time consummate the settlement agreement.  The case management conference
   is continued from May 27, 2005 to June 17, 2005, with a joint statement due June 10.
24
DATED: _May 12_____, 2005
25
                                    /s/ Maxine M. Chesney
26                                  _____
                                    Hon. Maxine M. Chesney
27                                  U.S. District Judge

28

STIPULATION AND [PROPOSED] ORDER CONTINUING DISMISSAL OF CIVIL ACTION         2