THOMAS E. FRANKOVICH (State Bar No. 074414)
KRISTINA M. WERTZ (State Bar No. 235441)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs
NICOLE MOSS
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>             Plaintiffs,<br><br>    v.<br><br>IZZY'S STEAK & CHOP HOUSE, INC., a California corporation; and LOUIS KALISKI, INC., a California corporation,<br><br>             Defendants. | **CASE NO. C04-4970 MMC**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DISMISSAL OF CIVIL ACTION AND CASE MANAGEMENT CONFERENCE** |

WHEREAS the parties have reached a settlement and notified the Court of such settlement;

WHEREAS the deadline to file dismissal documents was May 6, 2005;

WHEREAS the Case Management Conference is presently scheduled for June 17, 2005, with a Joint Case Management Statement due June 10, 2005;

WHEREAS the Defendants' preference was to complete approval of the remodel prior to the execution of the Mutual Settlement Agreement and Release;

1  WHEREAS Defendants' counsel has furnished Plaintiffs' counsel with photographs of
2  the remedial repairs;
3  WHEREAS Plaintiffs' counsel forwarded the photographs of the repairs to Plaintiffs'
4  access consultant and expects a response within one week, and;
5  WHEREAS once the remedial repairs made by Defendants are approved by Plaintiffs'
6  access consultant, the parties will execute the Mutual Settlement Agreement and Release,
7  Therefore, the parties stipulate, and respectfully request, that the deadline to file
8  dismissal documents be continued to, and including, June 30, 2005, in order give the parties a
9  reasonable time consummate the settlement agreement and that the Case Management
10 Conference and deadline for the Joint Case Management Statement be likewise continued.
11 This Stipulation may be executed in faxed counterparts, all of which together shall
12 constitute one original document.

DATED: June 9, 2005        THOMAS E. FRANKOVICH
                           *A PROFESSIONAL LAW CORPORATION*

                           By:  _____/s/_____
                                KRISTINA M. WERTZ
                           Attorneys for Plaintiffs NICOLE MOSS, an individual;
                           and DISABILITY RIGHTS ENFORCEMENT,
                           EDUCATION SERVICES: HELPING YOU HELP
                           OTHERS, a California public benefit corporation

DATED: June 9, 2005        SLIJEPCEVICH & ASSOCIATES

                           By: _____/s/_____
                                DANIEL SLIJEPCEVICH
                           Attorneys for Defendant IZZY'S STEAK & CHOP
                           HOUSE, INC., a California corporation; and LOUIS
                           KALISKI, INC., a California corporation

**ORDER**

IT IS SO ORDERED THAT:

The dismissal date is continued to, and including, June 30, 2005, in order give the parties a reasonable time consummate the settlement agreement. The Case Management Conference is continued to  July 22 , 2005, with a Joint Case Management Statement due on  July 15 , 2005.

DATED: June 10 , 2005

/s/ Maxine M. Chesney
Hon. Maxine M. Chesney
U.S. District Judge